UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. SHELTON, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>HEAVY FLUCE INC., D/B/A FLUCE AI,<br><br>*Defendant.* | Case No.: 1:24-cv-01429-KAM-JAM |

**<u>AFFIDAVIT IN SUPPORT OF MOTION FOR WITHDRAWAL</u>**

I, Danielle C. Zolot, Esq., under penalty of perjury declare as follows:

1.  I am an attorney with Davis+Gilbert LLC, attorneys of record for Defendant Heavy Fluce Inc. d/b/a/ Fluce AI ("Fluce AI" or "Defendant"), in the above-captioned action. I am fully familiar with all of the facts and circumstances of this action and submit this affidavit in support of Davis+Gilbert LLP's ("D+G") motion to withdraw as counsel of record for Defendant in this action.

2.  On April 16, 2024, Fluce AI filed a Motion to Dismiss the Complaint as a *pro se* party, which the Court denied. (*See* ECF No. 11 and April 17, 2024 Text Order).

3.  As a result of Fluce AI filing a motion *pro se* and Fluce AI's letter to the Court dated April 16 (ECF No. 13), D+G believes Fluce AI does not desire D+G to represent it. This and other professional considerations necessitate that D+G withdraw as counsel for the Defendant.

4.  D+G's withdrawal will not cause prejudice to Defendant or to Plaintiff, and will not delay the resolution of the case, as the action is in early stages. The parties have not yet appeared at an initial conference or engaged in discovery.

2

5.  Defendant is aware of and does not object to D+G filing the instant motion.

6.  D+G is not asserting a retaining or charging lien.

I hereby certify that all of the statements made by me are true and correct.

Dated: April 17, 2024

DAVIS+GILBERT LLP

*/s/ Danielle C. Zolot*
Danielle C. Zolot
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Email: dzolot@dglaw.com