# LAW OFFICE OF COURTNEY K. DAVY, L.L.P.
ATTORNEY AT LAW
299 BROADWAY, SUITE 1700
NEW YORK, N.Y. 10007

TEL: 516.850.1800/212-786-2331 EMAIL: courtneydavy.esq@gmail.com  FAX:  347-658-3081

September 9, 2024

United States District Court
Eastern District of New York
Judge Joseph A. Marutollo
225 Cadman Plaza East
Courtroom 324 North
Brooklyn, NY 11201

    Re:    JAMES E. SHELTON, et al. v. HEAVY FLUCE INC., et al.
              Case No. 24-cv-1429

Dear Judge Marutollo,

My office represents the defendants in the above-referenced matter. I write on behalf of the defendants to request an adjournment of the settlement conference scheduled for September 27, 2024, before your honor. Defendant has advised me that the scheduled conference is too close to his sabbath and that he is also unavailable on September 27 because of an impending trip out of town.

I have conferred with the Plaintiff's counsel, Mr. Perrong. Mr. Peroong objects to the adjournment request on the basis that he has purchased nonrefundable plane tickets to appear at said conference and would be prejudiced by the change in date.

Although I understand Mr. Perrong's position and the inherent prejudice to counsel, I respectfully request that the court grant the plaintiff's request for the adjournment, as the prejudice to the defendants may outweigh the prejudice to counsel. If the court grants the defendants' request, the defendants respectfully request that future conferences be scheduled for any day of the week other than Fridays.

Dated September 13, 2024
    New York, NY

                                                     Respectfully submitted

                                                     /s/
                                                     Courtney K. Davy. Esq.
                                                     299 Broadway - Suite 1400
                                                     New York, New York 10007
                                                     516-850-1800