# LAW OFFICE OF COURTNEY K. DAVY, L.L.P.
ATTORNEY AT LAW
299 BROADWAY, SUITE 1700
NEW YORK, N.Y. 10007

TEL: 516.850.1800/212-786-2331 EMAIL: courtneydavy.esq@gmail.com  FAX:  347-658-3081

October 23, 2024

United States District Court
Eastern District of New York
Judge Joseph A. Marutollo
225 Cadman Plaza East
Courtroom 324 North
Brooklyn, NY 11201

Re:   JAMES E. SHELTON, et al. v. HEAVY FLUCE INC., et al.
      Case No. 24-cv-1429

Dear Judge Marutollo,

My office represents the defendants in the above-referenced matter. The parties submit this joint application to the court for a one-week extension of your honor's order dated October 22, 2024, directing the parties to file a stipulation of dismissal without prejudice on or before October 23, 2024, at 5:00 PM. The parties are still in agreement as to the settlement reached in this matter with the assistance of your honor on September 23, 2024.  The plaintiff has provided a draft of the settlement stipulation. However, there are a few terms that are creating an issue for the defendant(s).

The parties desire to settle and, therefore, request a seven-day extension to finalize the settlement agreement.

I apologize to the Court for the untimely request.

Dated October 23, 2024
    New York, NY

                                                             Respectfully submitted

/s/ Andrew Perrong, Esq.                           /s/ Courtney K. Davy, Esq
Andrew Perrong, Esq.                               Courtney K. Davy, Esq.
Perrong Law LLC                                    Law Office of Courtney K Davy
2657 Mount Carmel Avenue                           299 Broadway - Suite 1400
Glenside, PA 19038                                 New York, New York 10007
215-225-5529                                       516-850-1800