## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | : : : : : : : : : : : : : | Civil File No.<br><br>1:24-cv-01429-KAM-JAM |
| Plaintiff, | | |
| v. | | |
| HEAVY FLUCE INC., D/B/A FLUCE AI | | |
| and | | |
| RALPH COHEN | | |
| Defendants. | | |

### NOTICE OF SETTLEMENT

The Parties, by and through the undersigned counsel, wish to notify the Court that they have signed a settlement agreement in this Litigation.

The Parties therefore stipulate to dismiss this action without prejudice, with each party to bear its own fees and costs. The Court will retain jurisdiction to enforce the terms of the parties' agreement and obligations thereunder, to the extent it is willing. The settlement obligations should be finalized by May 1, 2025, at which point the aforementioned Defendants and Plaintiff will stipulate to dismiss the suit with prejudice.

Respectfully submitted,

*/s/ Anthony Paronich*
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018

anthony@paronichlaw.com
*Pro Hac Vice*

*Attorneys for Plaintiff and proposed class*

2