UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X

JAMES E. SHELTON, individually and on behalf of all others Similarly Situated,

            Plaintiff,

    vs,

HEAVY FLUCE INC., D/B/A FRUCE AI, RALPH COHEN,

            Defendant(s).

_____X

Case No.: 1:24-cv-01429-KAM-JAM

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JAMES E. SHELTON and HEAVY FLUCE INC., D/B/A FRUCE AI, RALPH COHEN through their undersigned attorneys, pursuant to Rule 41(a) (1)(A)(ii) of the Federal Rules of Civil Procedure that this action is dismissed without prejudice and that each party shall bear its own costs, expenses and attorney's fee in connection with this action.

Dated: November 1, 2024


___/s/ Andrew Perrong_____  
ANDREW PERRONG, ESQ.  
Attorney for the Plaintiff  
2657 Mount Carmel Avenue  
Glenside, PA 19038  
(215-225-5529  

/s/Courtney K. Davy, sq.  
COURTNEY K. DAVY  
Attorney for the Defendants  
299 Broadway, Suite 1700  
New York, NY 10007  
516-850-1800