UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X

JAMES E. SHELTON, individually and on behalf of all others Similarly Situated,

              Plaintiff,

vs,

HEAVY FLUCE INC., D/B/A FRUCE AI, RALPH COHEN,

              Defendant(s).

_____X

Case No.: 1:24-cv-01429-KAM-JAM

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JAMES E. SHELTON and HEAVY FLUCE INC., D/B/A FRUCE AI, RALPH COHEN through their undersigned attorneys, pursuant to Rule 41(a) (1)(A)(ii) of the Federal Rules of Civil Procedure that this action is dismissed without prejudice and that each party shall bear its own costs, expenses and attorney's fee in connection with this action.

Dated: November 1, 2024

___/s/ Andrew Perrong_____
ANDREW PERRONG, ESQ.
Attorney for the Plaintiff
2657 Mount Carmel Avenue
Glenside, PA 19038
(215-225-5529

/s/Courtney K. Davy, sq.
COURTNEY K. DAVY
Attorney for the Defendants
299 Broadway, Suite 1700
New York, NY 10007
516-850-1800

11/1/2024